UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JULIE MARIE DEWITT, DOUG JOHN NELSON, OZVALDO RAMIREZ,<br><br>      Defendants. | Case No. 4:16-CR-152-BLW<br><br>**ORDER** |

      Defendant Ramirez was recently arraigned and his trial date set for November 21, 2016. Ramirez's co-defendants DeWitt and Nelson were arraigned earlier and their trial date is now set for January 30, 2017.

      There is now a conflict in the trial date settings and the Court must determine which trial date will govern all defendants. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." The Court finds the period of time between November 21, 2016, and January 30, 2017, to be a reasonable period of delay. Accordingly, the Court finds that the trial date of January 30, 2017, shall apply to all defendants.

      NOW THEREFORE IT IS HEREBY ORDERED, that the prior trial date for defendant Ramirez of November 21, 2016, is VACATED and that trial is reset for

**January 30, 2017, at 1:30 p.m. in the Federal Courthouse in Pocatello, Idaho**.  This trial date applies to all defendants.

    IT IS FURTHER ORDERED, that excludable time exists from November 21, 2016, to January 30, 2017, according to the findings made above.

    IT IS FURTHER ORDERED, that the telephone pretrial conference for all defendants shall be on **January 19, 2017,** at 4:00 pm.  As only logistics will be discussed, the defendants need not appear.  The Government shall set up the conference call.

DATED: September 26, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court